**No. 61861.**—Trans Atlantic Company *v.* United States, protest 292648–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of butt hinges, imported with wood screws of steel, being packed 2 hinges and 16 screws to a box (16 screws for each pair of hinges), of the same kind in all material respects as the merchandise the subject of *Trans Atlantic Company* v. *United States* (35 Cust. Ct. 1, C. D. 1712), the claim at 12½ percent under paragraph 338, as modified, *supra*, was sustained as to said screws. It was further held, in accordance with said stipulation, that the value of said screws was 25 cents per gross, United States currency, which value was included in the value of the screws and hinges, as invoiced and appraised.

**No. 61862.**—Trans World Shipping Corp. *v.* United States, protests 309504–K and 298018–K (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 61863.**—Daniel F. Young, Inc. *v.* United States, protest 309627–K (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

BEFORE THE THIRD DIVISION, APRIL 24, 1958

**No. 61864.**—International Packers, Ltd. *v.* United States, protests 266172–K and 292559–K (Boston).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.